FILED

12/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0512

_____

RICHARD E. SHREVES,

     Plaintiff and Appellant,

v.

MONTANA DEPARTMENT OF LABOR &
INDUSTRY, CORRECTIONAL HEALTH CARE
REVIEW PANEL, MONTANA DEPARTMENT
OF CORRECTIONS, and PAUL REES,

     Respondents and Appellees.

O R D E R

_____

The record was filed for purposes of this appeal on November 6, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 15, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2023